**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE ACOSTA,<br><br>PLAINTIFF(S)<br>v.<br>NUVISION FEDERAL CREDIT<br><br>DEFENDANT(S). | CASE NUMBER<br><br>CV 12-03547-MMM(MANx)<br><br>**JUDGMENT ON THE VERDICT<br>FOR THE PLAINTIFF(S)** |

    This action came on for jury trial, the Honorable <u>MARGARET M. MORROW</u> District Judge, presiding, and the issues having been duly tried and the jury having duly rendered its verdict,

    IT IS ORDERED AND ADJUDGED that the plaintiff(s):

<u>JESSE ACOSTA</u>

recover of the defendant(s):

the sum of <u>$160,000.00</u>, with interest thereon at the legal rate as provided by the law, and its costs of action, taxed in the sum of _____.

                                            Clerk, U. S. District Court

Dated: <u>10/24/2013</u>                  By <u>ANEL HUERTA</u>
                                                   Deputy Clerk

At: _____

cc: *Counsel of record*